612

448 A.2d 1184

Commonwealth v. John Doe a/k/a Thomas Conlin
Perry, Appellant.

Submitted
May 22, 1981. John H. Corbett, Jr., for appellant; Stella L.
Smetanka, Assistant District Attorney, for Commonwealth,
appellee.

Before CERCONE, P. J., MONTGOMERY and VAN der
VOORT, JJ.

The judgment of sentence of the lower court is affirmed.

448 A.2d 1185

Commonwealth v. Dosch, Appellant.

Argued October 15, 1981. Robert
G. Kochems, for appellant; Charles S. Hersh, Assistant
District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

The judgment of sentence is affirmed.